DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOARDWALK PROPERTIES MANAGEMENT, INC.,**
a foreign corporation doing business in Florida,
Appellant,

v.

**EMERALD CLINTON, LLC,** a Florida limited liability company,
Appellee.

No. 4D18-2490

[April 18, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack B. Tuter, Judge; L.T. Case No. CACE 17-021162 (07).

John H. Pelzer of Greenspoon Marder LLP, Fort Lauderdale, for appellant.

Stephen F. Rosenthal and Robert C. Josefsberg of Podhurst Orseck, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER, J., and METZGER, ELIZABETH A., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***